# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01547-GPG

ERMEKBEK ZHOTOEV,

     Petitioner,

v.

JUAN BALTAZAR,
  *in his official capacity as Warden of the Denver Contract Detention Facility*
ROBERT HAGAN,
  *Director, ICE Denver Field Office,*
MARKWAYNE MULLIN,
  *in his official capacity as Secretary of U.S. Department of Homeland Security,*
TODD M. LYONS,
  i*n his official capacity as Acting Director of Immigration and Customs Enforcement,*
TODD BLANCHE,
  *in his official capacity as Acting Attorney General of the United States Department of Justice,*

     Respondent.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 15] entered by United States District Judge Gordon P. Gallagher on June 8, 2026, and supplemented by the Status Report [D. 16] filed by Respondents, it is

ORDERED that Respondents complied with the Order [D. 15] and the Court was updated that Petitioner was denied bond. It is further

ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 30th day of June 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:    s/D. Clement
       Deputy Clerk